**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

**CASE NO.: CV 08-1082-MMM (PJW)**                              **Date:** August 31, 2009

**TITLE:** *John Donald Kelso v. David C. Miller, et al.*
================================================================
**PRESENT:**

**HON. PATRICK J. WALSH, MAGISTRATE JUDGE**

| Isabel Martinez | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                            None


**PROCEEDINGS: Order to Show Cause Regarding Failure to Keep Court Apprised of Current Address (In Chambers)**

On July 29, 2009, the Court filed its Order that dismissed Plaintiff's action with leave to amend no later than August 31, 2009. On August 17, 2009, a copy of the Order mailed to Plaintiff was returned as undeliverable. It appears that Plaintiff has not kept the Court properly apprised of his current address.

As Plaintiff was cautioned in a September 9, 2008 Case Management Order, that during the pendency of his action, Plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. The Court further warned Plaintiff that any failure to comply with a Court order because Plaintiff did not receive the order due to failure to inform the Court of his current address may result in the action being dismissed for failure to prosecute. *See* L.R. 41-6; Fed. R. Civ. P. 41(b); *see also Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Accordingly, Plaintiff has until **September 30, 2009**, to update the Court with his current address. Plaintiff is warned that if he does not respond to this Order within the time allowed, this action may be dismissed under Rule 41(b).


**MINUTES FORM 90**                                              **Initials of Deputy Clerk   IM**
**CIVIL -- GEN**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

cc:

| | |
|---|---|
| John Donald Kelso | Jennifer M. Kim |
| 166-622 | Deputy Attorney General |
| Solano County Jail | 300 South Spring Street |
| 500 Union Avenue | Los Angeles, CA  90012 |
| Fairfield, CA 94533 | |

S:\PJW\Cases-Civil Rights\KELSO, J 1082\MO_OSC.failure.provide.current.address.file.FAC.wpd

**MINUTES FORM 90**  **Initials of Deputy Clerk  IM**
**CIVIL -- GEN**