UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DONALD KELSO, | ) | CASE NO. ED CV 08-1082-MMM(PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DAVID C. MILLER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   March 26, 2010.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~6647027.wpd